OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT. 19 2015

**10/12/2015**
**HENDERSON, MICHAEL PATRICK** Tr. Ct. No. 564120-A     **WR-84,020-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

## RETURN TO SENDER
## RELEASED FROM CUSTODY OF
## HARRIS COUNTY SHERIFF'S OFFICE

BN3B 77002